446 A.2d 687

Commonwealth v. John Doe a/k/a Eddy a/k/a Leisey, Appellant.

 Submitted June 1, 1981. Lynn Erickson Ober, for appellant; Charles Guthrie, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.